FILED

OCT 2 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

1 | BENJAMIN B. WAGNER
United States Attorney
2 | Josh Franklin Sigal
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | 916) 554-2700

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE )
APPLICATION OF THE UNITED )  2: 14 - SW   0 6 1 1    KJN
12 | STATES OF AMERICA FOR A SEARCH )
WARRANT CONCERNING: )
13 | )  SEALING ORDER
USPS First Class Mail Parcel, )
14 | 911499994423810084531 4, addressed to )  UNDER SEAL
"Jordan Anderson, 3131 Memorial Ct Apt )
15 | 20112, Houston, TX 77007-6278" )  SEALED
(hereinafter referred to as "PARCEL )
16 | ONE"). )
)
17 | USPS First Class Mail Parcel )
9114999944238100845314 addressed to )
18 | "Connor Hatcher, 628 NW 20th Street, )
Moore, Oklahoma 73160-3404" )
19 | (hereinafter referred to as "PARCEL )
TWO"). )
20 | )
USPS First Class Mail Parcel )
21 | 9114999944238100845321 addressed to )
"Cory Allen, 2820 Dominion Lane, )
22 | Kennesaw, GA 30144" (hereinafter )
referred to as "PARCEL THREE"). )
23 | )
USPS First Class Mail Parcel )
24 | 9114999944238100845369 addressed to )
"Eli Dampier-McClernon, 705 Frasier )
25 | Street, Durham, NC 27704" (hereinafter )
referred to as "PARCEL FOUR"). )
26 | )
USPS First Class Mail Parcel )
27 | 9114999944238100845291 addressed to )
"Chris Norman, 118 Norwest Drive, )
28 | Norwest Drive, Norwood, MA 02062" )
(hereinafter referred to as "PARCEL )
FIVE"). )

)
1      USPS First Class Mail Parcel   )
    91149999442238100845345 addressed to )
2    "Tiffany Borregard, 4949 Gleaner Hall )
    Road, Ann Arbor, MI 48105-9284" )
3    (hereinafter referred to as "PARCEL )
           SIX"). )
4                  )
     USPS First Class Mail Parcel )
5   · 91149999442238100845277 addressed to )
   "Lowell Thomas, 29215 Harbour Vista )
6    Circle, Saint Augustine, FL 32080" )
   (hereinafter referred to as "PARCEL )
7           SEVEN"). )
8      USPS First Class Mail Parcel )
    91149999442238100845338 addressed to )
9   "PAUL J GREGORY, 14306 KING TOM )
    PL, RUSKIN FL 33573-6720" )
10   (hereinafter referred to as "PARCEL )
         EIGHT"). )
11                 )
     USPS First Class Mail Parcel )
12   91149999442238100845352 addressed to )
 "AKSHAY BHASIN, 220 JOHN STREET,)
13  10203 THE PROVINCE, ROCHESTER, )
   NY 14623" (hereinafter referred to as )
14       "PARCEL NINE"). )

15     Upon application of the United States of America and good cause having been

16 shown,

17     **IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is,

18 hereby ordered sealed until further order of this Court.

19

20 DATED: October 23, 2014

21

22                       Hon. Kendall J. Newman

                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28